United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Benjamin Garner | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−00548 |
| | § | |
| Velocity Web Enterprises, LLC, et al. | § | |

## MINUTE ENTRY ORDER

JUDGE: Christina A. Bryan
DATE: May 19, 2025
COURT REPORTER: ERO
TIME: 10:50 AM

The Court conducted the Initial Conference. Scheduling Order issued.

Signed on the 19th of May 2025.

_____
Christina A. Bryan
United States Magistrate Judge