IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BENJAMIN GARNER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VELOCITY WEB ENTERPRISES, LLC and ACED ENTERPRISES, LLC <br><br> Defendants. | Case No. 4:25-cv-548 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Benjamin Garner, individually and on behalf of all others similarly situated (Plaintiff) and defendant Velocity Web Enterprises, LLC (Velocity), pursuant to Fed. R. Civ. P. 41(a), hereby submit this stipulation of voluntary dismissal with prejudice as to all claims and matters of fact and things in controversy between Plaintiff and the defendants, including Velocity and defendant Aced Enterprises, LLC (Aced) (Velocity and Aced, collectively referred to as Defendants) in this action.

1. There are no longer any claims and matters of fact and things in controversy in this action between Plaintiff and Defendants to be determined by this Court.

2. Plaintiff voluntarily dismisses with prejudice all claims and matters of fact and things in controversy that were or could have been asserted against Defendants in this action.

3. Plaintiff and Defendants will each bear its own costs and fees in this action.

4. Pursuant to Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice as to Plaintiff and Defendants by a stipulation by all parties who have appeared.[1]

---

[1] Defendant Aced Enterprises, LLC, did not appear or file any responsive pleading in this action.

Dated: July 10, 2025.

Respectfully submitted,

By: /s/ *Anthony I. Paronich*
   Anthony I. Paronich (Bar No. 3588160)
   anthony@paronichlaw.com
   Paronich Law, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, MA 02043
   Tel. (508) 221-1510

   *Counsel for Plaintiff Benjamin Garner, individually and on behalf of all other similarly situated*

By: */s/ David A. Walton*
   David A. Walton
   Texas Bar No. 24042120
   dwalton@bellnunnally.com
   Bell Nunnally & Martin LLP
   2323 Ross Avenue, Suite 1900
   Dallas, TX 75201
   Tel. (214) 740-1445
   Fax. (214) 740-5745

   *Counsel for Defendant Velocity Web Enterprises, LLC*