United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BENJAMIN GARNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-00548 |
| § | |
| VELOCITY WEB ENTERPRISES, LLC, § | |
| et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the Stipulation of Dismissal filed on July 11, 2025. Doc. #16. In accordance with the Stipulation of Dismissal and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

It is so ORDERED.

JUL 2 8 2025
Date

The Honorable Alfred H. Bennett
United States District Judge